**BOKHOUR LAW GROUP, P.C.**
Mehrdad Bokhour (Cal. Bar No. 285256)
*mehrdad@bokhourlaw.com*
1901 Avenue of the Stars, Suite 450
Los Angeles, California 90067
Tel: (310) 975-1493; Fax: (310) 675-0861

**FALAKASSA LAW, P.C.**
Joshua Falakassa (Cal. Bar No. 295045)
*josh@falakassalaw.com*
1901 Avenue of the Stars, Suite 450
Los Angeles, California 90067
Tel: (818) 456-6168; Fax: (818) 505-0868

Attorneys for Plaintiff and the Putative Class

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANICIA CISNEROS, on behalf of herself and all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>THERMA, LLC., a Delaware Limited Liability Company; and DOES 1-50, inclusive,<br><br>　　　　　Defendants. | CASE NO.: 5:22-cv-04455-BLF<br><br>**NOTICE OF SETTLEMENT AND JOINT STIPULATION TO REMAND REMOVED ACTION**<br><br>Complaint Filed:　June 28, 2022<br>Removal Date:　　August 1, 2022<br>Trial Date:　　　　None Set<br><br>District Judge: Hon. Beth Labson Freeman<br>Magistrate Judge: Hon. Nathanael M. Cousins |

## JOINT STIPULATION TO REMAND REMOVED ACTION

Plaintiff Anicia Cisneros ("Plaintiff") and defendant Therma, LLC ("Defendant") (collectively, the "Parties") by and through their counsel of record, hereby stipulate and agree as follows:

WHEREAS, on June 28, 2022, Plaintiff commenced a class action complaint in the Superior Court for the State of California for the County of Santa Clara, entitled *Anicia Cisneros v. Therma, LLC*, Case No. 22CV399660 (the "Action"), alleging wage and hour violations under California law.

WHEREAS, on August 2, 2022, Defendant removed the Action to the United States District Court, Northern District of California.

WHEREAS, Plaintiff disputes whether Defendant's removal of the Action on the basis of diversity jurisdiction under 28 U.S.C. § 1332(a) and under the Class Action Fairness Act of 2005, 28 U.S.C. §§ 1332(d), 1441, 1446, and 1453 ("CAFA"), was proper and whether the Court has subject matter jurisdiction over the Action.

WHEREAS, the Parties attended a mediation session and executed a memorandum of understanding for a settlement of less than $5 million that includes the material terms of a settlement on a class-wide basis, including an agreement to remand the Action, and are in the process of preparing a long-form settlement agreement.

WHEREAS, the Parties therefore agree for the Action to be remanded to the Superior Court for the State of California for the County of Santa Clara for purposes of seeking settlement approval in order to preserve this Court's judicial resources.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED THAT the Action be remanded to the Superior Court for the State of California for the County of Santa Clara, where the Action was first filed.

**IT IS SO STIPULATED.**

| | |
|---|---|
| Dated: March 15, 2023 | **FALAKASSA LAW, PC** <br> **BOKHOUR LAW GROUP, P.C**. <br><br> BY: */s/ Mehrdad Bokhour* <br>     JOSHUA FALAKASSA <br>     MEHRDAD BOKHOUR <br> Attorneys for Plaintiff Anicia Cisneros, on behalf of herself and all others similarly situated |
| Dated: March 15, 2023 | **OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C**. <br><br> BY: */s/ Jesse C. Ferrantella* <br>     JESSE C. FERRANTELLA <br>     ANDREW J. DEDDEH <br> Attorneys for Defendant, Therma LLC |

2

**NOTICE OF SETTLEMENT AND JOINT STIPULATION TO REMAND REMOVED ACTION**

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 1901 Avenue of the Stars, Suite 450, Los Angeles, California 90067.

On March 15, 2023, I served the following document(s) described as **NOTICE OF SETTLEMENT AND JOINT STIPULATION TO REMAND REMOVED ACTION** on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

> Jesse C. Ferrantella, Esq.
> *Jesse.ferrantella@ogletree.com*
> Andrew J. Deddeh, Esq.
> *Andrew.deddeh@ogletree.com*
> OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
> 446 La Jolla Village Drive, Suite 900
> San Diego, CA 92122

**BY CM/ECF NOTICE OF ELECTRONIC FILING**: I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users wil be served by mail or by other means permitted by court rules.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on March 15, 2023, at Los Angeles, California.

>                                   */s/ Mehrdad Bokhour*
>                                   Mehrdad Bokhour